IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, a Michigan Corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>FRANK A. AND BETTE A. GRANDE, as co-trustees of THE FRANK A. AND BETTE A. GRANDE FAMILY TRUST, L.P., a California Limited Partnership, and THE FRANK A. GRANDE AND BETTE ANN GRANDE FAMILY, L.P., a California Limited Partnership,<br><br>        Defendants. | CASE NO. 2:25-CV-03287-CKD<br><br>ORDER ON STIPULATION REGARDING ATAIN SPECIALTY INSURANCE COMPANY COMMERCIAL GENERAL LIABILTY POLICY NOS. CIP448799 AND CIP448799001 |

Plaintiff Atain Specialty Insurance Company and Defendants Frank A. and Bette A. Grande, as co-trustees of The Frank A. and Bette A. Grande Family Trust, L.P. and The Frank A. Grande and Bette Ann Grande Family, L.P. submitted a Stipulation regarding Atain Specialty Insurance Company Commercial General Liability Policy Nos. CIP448799 and CIP44879901.

The Parties stipulated as follows:

<u>INSURANCE POLICIES</u>

1.  Atain issued commercial general liability policy no. CIP448799, effective January 1, 2023 to January 1, 2024, to Grande Trust.

1

2.  Atain issued commercial general liability policy no. CIP448799001, effective January 1, 2024 to January 1, 2025, to Grande Trust.

3.  Both Atain policy no. CIP448799 and policy no. CIP448799001 identify the Business Description as "Lessor's Risk Only."

4.  Both Atain policy no. CIP448799 and policy no. CIP448799001 are subject to the Limitation of Coverage to Designated Premises Endorsement, which are identified as 444-446 E. 11th Street, Tracy, California 95376; 60-62 E. 11th Street, Tracy, California 95379; and 60 W. 10th Street, San Joaquin, California 95376.

5.  In relevant part, both Atain policy no. CIP448799 and policy no. CIP448799001 contain the following relevant Endorsements:

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
TENANTS AND LESSEES INSURANCE WARRANTY

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Number | Inception Date | Expiration Date |
|---|---|---|
| Endorsement Effective | Policy No. | |
| Named Insured: | | |

The Insured hereby represents and warrants that General Liability insurance coverage for "bodily injury", "property damage", "personal and advertising injury" and medical payments shall be required from all tenants and lessees renting or leasing space in any insured premise owned or controlled by any insured.

In the event of a failure to comply with any of the terms of this warranty then the carrier shall have no duty to defend or indemnify the insured relative to "bodily injury", "property damage", "personal and advertising injury" or medical payments arising out of any operations or activities of tenants or lessees or in connection with any premises rented or leased by tenants or lessees.

The above warranty shall not apply to residential or habitational tenants or lessees.

AF33518 07/12

***

2

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

CLASSIFICATION LIMITATION

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Number | Inception Date | Expiration Date |
|---|---|---|
| Endorsement Effective | Policy No. | |
| Named Insured: | | |

Coverage under this policy is specifically limited to, and applies only to those classifications as described under the applicable Coverage Part or Schedule designated in the Declarations Page of this policy.

This policy excludes coverage for any operation not specifically listed in the Coverage Part, Schedule or Declarations Page of this policy.

AF 33510 07/2012

UNDERLYING SOTO CLAIM AND SUIT

6.  On or about May 19, 2024, Grande Trust tendered a claim brought by Francisco Soto regarding a trip and fall incident that happened on January 14, 2024, at the designated premises to the Atain policies of 62 E. 11th Street, Tracy, California 95376 (hereinafter referred to as "Soto Claim").

7.  Atain investigated and evaluated the Soto Claim and issued a denial by letter dated April 4, 2025, based on the afore stated TENANTS AND LESSEES INSURANCE WARRANTY Endorsement.

8.  Thereafter, Soto filed a complaint against Grande Trust, which was tendered to Atain for defense and indemnity (hereinafter referred to as "Soto Complaint").

9.  Atain investigated and evaluated the Soto Complaint and issued a denial by letter dated April 16, 2025, which affirmed its previous denial.

10. Thereafter, Soto filed a First Amended Complaint against Grande Trust and to add Grande L.P. as a defendant, which was tendered to Atain.

11. Atain investigated and evaluated the Soto First Amended Complaint and issued a denial by letter dated October 21, 2025, based on the TENANTS AND LESSEES INSURANCE WARRANTY Endorsement and that Grande L.P. is not an insured to the Atain policies.

12. Thereafter, Grande Trust and/or Grande L.P. settled the Soto suit, and requested Atain indemnify them for the settlement, which Atain denied.

13. The Soto Claim, Complaint and First Amended Complaint are hereinafter collectively referred to as "the Soto Claim."

UNDERLYING HERNANDEZ CLAIM

14. On or about May 20, 2024, Grande Trust tendered a claim brought by Karen Hernandez regarding a trip and fall incident that happened on April 3, 2024, at the designated premises to the Atain policies of 62 E. 11th Street, Tracy, California 95376 (hereinafter referred to as "Hernandez Claim").

15. Atain investigated and evaluated the Hernandez Claim and issued a denial by letter dated April 24, 2025, based on the afore stated TENANTS AND LESSEES INSURANCE WARRANTY Endorsement.

16. Atain did not receive a tender of suit from Grande Trust and/or Grande L.P. for a Complaint Ms. Hernandez may have filed.

AGREEMENT

17. Neither Grande Trust nor Grande L.P. are seeking recovery from Atain for any attorney fees and costs to defend the foregoing Soto Claim and Hernandez Claim and no recovery from Atain for any settlement of the Soto Claim and the Hernandez Claim.

18. Based on the foregoing, Atain and Grande Trust and Grande L.P., through their respective attorneys, agree to dismiss this suit with prejudice with all parties bearing their respective fees and costs.

PURSUANT TO the Parties foregoing Stipulation, it is ORDERED, ADJUDGED AND DECREED that the Defendants have the sole obligation to defend the aforestated Soto Claim and aforestated Hernandez Claim.

/ / /

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Defendants have the sole obligation to indemnify Plaintiff Soto for the Soto Claim, and any settlement and/or judgment of the Hernandez Claim.

Dated:  January 15, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE